**UNITED STATES of America,**
**Appellee,**

v.

**Kendrick EPPING, Appellant.**

**No. 03–1472.**

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 5, 2003.

Decided Aug. 8, 2003.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Kendrick Epping appeals the district court's[1] imposition of a 10–month prison term and an additional 26–month supervised-release term, upon revocation of his supervised release from a bank robbery conviction. On appeal, he argues that the district court instead should have imposed inpatient treatment.

---

1. The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

1. The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

After careful review of the record, we find that the sentence was within the limits of 18 U.S.C. § 3583(e)(3) and was not an abuse of discretion. *See United States v. Grimes*, 54 F.3d 489, 492 (8th Cir.1995) (standard of review). Accordingly, we affirm, and we grant counsel's motion to withdraw.